UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RICHARD PAUL NERY,<br><br>　　　　Defendant. | Case No.: 5:20-mj-00003-1JLT<br><br>**ORDER APPOINTING COUNSEL** |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. David Torres is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to February 10, 2020. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

　Dated: __**February 12, 2020**__　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE